IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 115-077 |
| | ) | |
| GABRIEL LAKES | ) | |
| TREY MCCLENDON | ) | |

**O R D E R**

Counsel in the above-captioned case have advised the Court that all pretrial motions have been satisfied or otherwise resolved. (See doc. no. 245.) Therefore, a motions hearing for the above-captioned Defendants is not necessary, and all of their pending motions are **MOOT**. (Doc. nos. 188-194, 204-207, 209.)

SO ORDERED this 3rd day of December, 2015, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA