UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 1:15-077 |
| | ) | |
| GABRIEL LAKES | ) | |

**ORDER ON MOTION FOR LEAVE OF ABSENCE**

**Victor Hawk,** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Victor Hawk** be granted leave of absence for the following periods: **March 21, 2016 through March 25, 2016; April 28, 2016 through April 29, 2016; June 6, 2016 through June 13, 2016; July 28, 2016 through July 29, 2016, October 24, 2016 through October 31, 2016 and November 28, 2016 through December 2, 2016.**

This ____ day of March, 2016.

HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia